**MYERS v. TOWN OF PLYMOUTH**

[352 N.C. 670 (2000)]

MARK D. MYERS v. TOWN OF PLYMOUTH

No. 17PA00

(Filed 6 October 2000)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 135 N.C. App. 707, 522 S.E.2d 122 (1999), reversing in part and affirming in part an order for summary judgment entered by Duke, J., on 4 November 1998 in Superior Court, Washington County. Heard in the Supreme Court 14 September 2000.

*The Brough Law Firm, by Michael B. Brough, for plaintiff-appellee.*

*Cranfill, Sumner & Hartzog, L.L.P., by Patricia L. Holland and M. Robin Davis; and Rodman, Holscher, Francisco & Peck, by David C. Francisco, for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.